
RECEIVED
IN MONROE, LA
DEC 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NOS. 08-0208-01 & 08-0300 |
| VERSUS | * | JUDGE JAMES |
| ALBERT GO<br>a/k/a ALBERTO GO | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Albert Go, and adjudges him guilty of the offenses charged in Count One of the Indictment in Criminal Case No. 08-0208 and Count Six of the Indictment in Criminal Case No. 08-0300.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Albert Go's agreement to forfeit any interest that he may have in the property and funds referenced in Count Two of the Indictment in Criminal Case No. 08-0208.

THUS DONE AND SIGNED this 8 day of December, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE